# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GREEN BAY PACKAGING, INC.**                                                               **PLAINTIFF**

**v.**                      **CASE NO. 4:18-CV-00900 BSM**

**SWN PRODUCTION, LLC**                                                           **DEFENDANT**

## **ORDER**

Pursuant to plaintiff Green Bay Packaging, Inc.'s notice of voluntary dismissal [Doc. No. 10], this lawsuit is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED this 11th day of February 2019.

                                                                                 _____
                                                                                  UNITED STATES DISTRICT JUDGE