**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GREEN BAY PACKAGING, INC.**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CV-00900 BSM**

**SWN PRODUCTION, LLC**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE